## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the *Federal Rules of Civil Procedure*, Plaintiffs demand a trial by jury on all issues triable as of right by a jury.

DATED: Honolulu, Hawai'i, October 10, 2017.

/s/ Steven K. S. Chung
STEVEN K. S. CHUNG
CHANELLE M. C. FUJIMOTO
MICHAEL L. IOSUA
TIMOTHY G. BLOOD (*pro hac vice*)
CAMILLE S. BASS (*pro hac vice*)
TIMOTHY D. COHELAN (*pro hac vice*)
ISAM C. KHOURY (*pro hac vice*)
J. JASON HILL (*pro hac vice*)

*Attorneys for Plaintiffs*
BENITA J. BROWN, CRAIG CONNELLY, and KRISTINE CONNELLY, as individuals and on behalf of all others similarly situated