| **PORTER MCGUIRE ASSOCIATIONS** |
|---|
| Association of Apartment Owners of Colony Marina |
| Association of Apartment Owners of the Esplanade |
| Association of Apartment Owners of Fairway Terrace |
| Association of Apartment Owners of Hale Moi |
| Association of Apartment Owners of Harbor Square |
| Association of Apartment Owners of Hawaiian Monarch |
| Association of Apartment Owners of Hillside Villa |
| Association of Apartment Owners of Ilikai Apartment |
| Association of Apartment Owners of Kahana Outrigger |
| Association of Apartment Owners of Kahului Ikena |
| Association of Apartment Owners of Kaiolu Sunrise |
| Association of Home Owners of Kalamaku'u |
| Association of Apartment Owners of Kauhale Makai |
| Association of Apartment Owners of Kihei Villages |
| Association of Apartment Owners of Kihei Resort |
| Association of Apartment Owners of Makaha Surfside |
| Association of Apartment Owners of Makaha Valley Plantation |
| Association of Apartment Owners of Makakilo Cliffs |
| Association of Apartment Owners of Makakilo Gardens |

**EXHIBIT "A"**

| |
|---|
| Association of Apartment Owners of Nihilani at Princeville Resort |
| Association of Apartment Owners of Ocean Ridge at Makakilo |
| Association of Apartment Owners of One Waterfront Towers |
| Association of Apartment Owners of Pacific Islander |
| Association of Apartment Owners of Palm Court |
| Association of Apartment Owners of Pearl Ridge Gardens and Pearl Ridge Tower |
| Puamana Community Association |
| Puu Heleakala Community Association |
| Association of Apartment Owners of Ridgecrest-Melemanu Woodlands |
| Association of Apartment Owners of Royal Palm at Waipio |
| Association of Apartment Owners of Spruce Ridge Villas |
| Association of Apartment Owners of Suncrest/The Shores/Lombard Way/Avalon |
| Association of Apartment Owners of Sun Rise, Inc. |
| Association of Apartment Owners of Terrazza/Cortbella/Las Brisas/Tiburon |
| Association of Apartment Owners of Terrazza |
| Association of Apartment Owners of the Villas at Kahana Ridge |
| Association of Apartment Owners of Vista Waikoloa |
| Association of Apartment Owners of Wailea Beach Villas |
| Association of Owners of the Wailana at Waikiki |

| EKIMOTO ASSOCIATIONS |
| --- |
| Association of Apartment Owners of 215 North King St. |
| Association of Apartment Owners of the Bougainville |
| Association of Apartment Owners of Century Park Plaza, Inc. |
| Association of Apartment Owners of Coconut Plantation |
| Association of Apartment Owners of Colonnade on the Greens |
| Association of Apartment Owners of Coronado |
| Association of Apartment Owners of Evergreen Terrace |
| Association of Apartment Owners of Ewalani Village |
| Association of Apartment Owners of Garden Groves |
| Association of Apartment Owners of Hale Moani |
| Association of Apartment Owners of Harbor Pointe |
| Association of Apartment Owners of Kai Lani at Ko Olina |
| Association of Apartment Owners of Halelani Village at Puhi |
| Kapolei Knolls Community Association |
| Association of Apartment Owners of Ko Olina Kai Golf Estates & Villas. |
| Association of Apartment Owners of Koolau Vista |
| Association of Apartment Owners of Leolua Regent |
| Association of Apartment Owners of Mawaena Kai |
| Association of Apartment Owners of Miller Terrace |

| |
|---|
| Association of Apartment Owners of Mililani Town Houses |
| Association of Apartment Owners of Mokuleia Surf |
| Association of Apartment Owners of Montecito/Tuscany |
| Association of Apartment Owners of Nohona at Mililani Mauka |
| Association of Apartment Owners of Palehua Hale |
| Association of Palm Villas II |
| Association of Apartment Owners of Punahou Marquis |
| Association of Apartment Owners of Queen Emma Gardens |
| Association of Apartment Owners of Rainbow Series-Kuola Phase III |
| Association of Apartment Owners of Rose Terrace |
| Association of Apartment Owners of Royal Aloha |
| Association of Apartment Owners of Royal Towers |
| Association of Apartment Owners of Salt Lake Manors |
| Association of Apartment Owners of Waiau Garden Villa |
| Association of Apartment Owners of Windward Acres |

4822-8109-8550, v. 1