IMANAKA ASATO, LLLC
STEVEN K. S. CHUNG (1751)
CHANELLE M. C. FUJIMOTO (8859)
MICHAEL L. IOSUA (9851)
745 Fort Street Mall, 17th Floor
Honolulu, HI 96813
Tel: 808/521-9500
808/541-9050 (fax)
schung@imanaka-asato.com
cfujimoto@imanaka-asato.com
miosua@imanaka-asato.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (*pro hac vice*)
CAMILLE S. BASS (*pro hac vice*)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
cbass@bholaw.com
Attorneys for Plaintiff

COHELAN KHOURY & SINGER
TIMOTHY D. COHELAN
 (*pro hac vice*)
ISAM C. KHOURY (*pro hac vice*)
J. JASON HILL (*pro hac vice*)
605 C Street, Suite 200
San Diego, CA 92101
Tel: 619/595-3001
619/595-3000 (fax)
tcohelan@ckslaw.com
ikhoury@ckslaw.com
jhill@ckslaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BENITA J. BROWN, as an individual and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>PORTER, MCGUIRE, KIAKONA & CHOW LLP, a Hawai'i limited liability partnership, as an individual entity; THE ASSOCIATION OF APARTMENT OWNERS OF TERRAZZA/ CORTEBELLA/LAS BRISAS/TIBURON, as an individual entity and on behalf of all others similarly situated; DOE | Civil No. 1:17-cv-00554-LEK-KSC<br><br>**PLAINTIFF BENITA J. BROWN'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STEVEN K.S. CHUNG; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br>*(continued on the next page)* |

{00130877.V1}

| | |
|---|---|
| DEFENDANTS 1-100,<br><br>　　　　　Defendants. | *(continued from previous page)*<br><br>HEARING:<br>DATE:<br>TIME:<br>JUDGE: Hon. Leslie E. Kobayashi<br><br>Trial Judge: Leslie E. Kobayashi<br>Trial Date: April 2, 2019 |

**PLAINTIFF BENITA J. BROWN'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

COMES NOW Plaintiff BENITA J. BROWN, by and through her undersigned counsel, and moves this honorable Court for an order granting Plaintiff leave to file a Third Amended Complaint, attached hereto as Exhibit "A." This motion is brought pursuant to Rules 7(b) and 15(a) of the *Federal Rules of Civil Procedure* and Rule 10.3 of the *Local Rules of Practice for the United States District Court for the District of Hawaii*, and is supported by the attached memorandum of law and the records and files in this case.

DATED: Honolulu, Hawaii, January 24, 2018.

　　　　　　　　　　　　　　　　　/s/ Steven K.S. Chung
　　　　　　　　　　　　　　　　STEVEN K. S. CHUNG
　　　　　　　　　　　　　　　　CHANELLE M. C. FUJIMOTO
　　　　　　　　　　　　　　　　MICHAEL L. IOSUA
　　　　　　　　　　　　　　　　TIMOTHY G. BLOOD (*pro hac vice*)
　　　　　　　　　　　　　　　　CAMILLE S. BASS (*pro hac vice*)
　　　　　　　　　　　　　　　　TIMOTHY D. COHELAN (*pro hac vice*)
　　　　　　　　　　　　　　　　ISAM C. KHOURY (*pro hac vice*)
　　　　　　　　　　　　　　　　J. JASON HILL (*pro hac vice*)
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　BENITA J. BROWN, as an individual and
　　　　　　　　　　　　　　　　on behalf of all others similarly situated