Of Counsel:

BAYS LUNG ROSE & VOSS

| | |
|---|---|
| DAVID R. MAJOR | 9194-0 |

dmajor@legalhawaii.com
Attorney at Law
A Law Corporation

| | |
|---|---|
| GRANT FASI ALLISON | 10368-0 |

gallison@legalhawaii.com

| | |
|---|---|
| JAI W. KEEP-BARNES | 10787-0 |

jkeep-barnes@legalhawaii.com
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184

Attorneys for Defendant/Third-Party Plaintiff
THE ASSOCIATION OF APARTMENT
OWNERS OF TERRAZZA/CORTEBELLA/
LAS BRISAS/TIBURON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BENITA J. BROWN, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>   vs.<br><br>PORTER MCGUIRE KIAKONA & CHOW, LLP, a Hawaii limited liability partnership, as an individual entity; THE ASSOCIATION OF APARTMENT OWNERS OF TERRAZZA/ CORTEBELLA/LAS BRISAS/ | CASE NO. 1:17-cv-00554 LEK-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CLAIMS<br><br>Trial Judge:  Hon. Leslie E. Kobayashi<br>Trial Date:    Vacated<br><br>*(caption continued on next page)* |

990053.1

| | |
|---|---|
| TIBURON, as an individual and on behalf of all others similar situated; DOE DEFENDANTS 1-100, | ) ) ) ) |
| Defendants. | ) ) ) |
| THE ASSOCIATION OF APARTMENT OWNERS OF TERRAZZA/ CORTEBELLA/LAS BRISAS/ TIBURON, as an individual and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| KAPONO F.H. KIAKONA, | ) ) |
| Third-Party Defendant. | ) ) ) |

## STIPULATION FOR DISMISSAL WITH
## <u>PREJUDICE OF ALL PARTIES AND ALL CLAIMS</u>

Plaintiff BENITA J. BROWN ("Plaintiff"), Defendant/Cross-Claimant/Third-Party Plaintiff ASSOCIATION OF APARTMENT OWNERS OF TERRAZZA/CORTEBELLA/LAS BRISAS/TIBURON, by and through Its Board of Directors ("AOAO"), and Third-Party Defendant KAPONO F.H. KIAKONA ("KIAKONA"), and Defendant/Cross-Claim Defendant PORTER McGUIRE KIAKONA, & CHOW, LLP ("PMKC"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

2. All of Plaintiff's claims asserted against Defendants AOAO and PMKC in this action, including, but not limited to, Plaintiff's claims asserted in her Third Amended Class Action Complaint, filed May 18, 2018, are hereby dismissed with prejudice.

3. All of Defendant/Cross-Claimant/Third-Party Plaintiff AOAO's claims asserted against Third-Party Defendant Kiakona and Defendant/Cross-Claim Defendant PMKC in this action, including, but not limited to, the AOAO's claims asserted in its Third-party Complaint, filed January 4, 2021, and its claims asserted in its Cross-Claim, filed January 4, 2021, are hereby dismissed with prejudice.

4. There are no remaining claims or parties.

5. This Stipulation is signed by counsel for all parties that have appeared in this action.

6. Each party to bear its or his own attorneys' fees and costs.

7. The trial date and all further deadlines were vacated on March 18, 2021.

DATED: Honolulu, Hawaii, June, 9, 2021.

*/s/* Timothy E. Ho
STEVEN K.S. CHUNG
TIMOTHY E. HO
Attorneys for Plaintiff BENITA J. BROWN

*/s/* Jai W. Keep-Barnes
DAVID R. MAJOR
GRANT FASI ALLISON
JAI W. KEEP-BARNES
Attorneys for Defendant/Third-Party Plaintiff ASSOCIATION OF APARTMENT OWNERS OF TERRAZZA/CORTEBELLA/LAS BRISAS/TIBURON, by and through Its Board of Directors

*/s/* Duane R. Miyashiro
DUANE R. MIYASHIRO
JAMIE C.S. MADRIAGA
Attorneys for Third-Party Defendant KAPONO F.H. KIAKONA and Defendant/Cross-Claim Defendant PORTER McGUIRE KIAKONA, & CHOW, LLP

Case 1:17-cv-00554-LEK-RT   Document 202   Filed 06/09/21   Page 5 of 5   PageID.9345

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

=====================================================================
BENITA J. BROWN, as an individual and on behalf of all others similarly situated, et al. vs. PORTER MCGUIRE KIAKONA & CHOW, LLP, a Hawaii limited liability partnership, as an individual entity, et al.; CASE NO. 1:17-cv-00554 LEK-RT; *STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CLAIMS*

5